IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

PROGRESSIVE SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

    v.        No. 13-1022

GEORGE REEVES, WILLIAM
REEVES, TOLLGATE LOGISTICS
CORPORATION, REEVES
TRANSPORTATION, INC., and
CEDRIC TUCKER,

    Defendants.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION
_____

Pursuant to an order of reference, the magistrate judge entered a report and recommendation on August 21, 2013 recommending that Plaintiff Progressive Specialty Insurance Company ("Progressive") be granted default judgment declaring that Progressive "is not obligated in any way to these Defendants George Reeves, William Reeves, Tollgate Logistics Corporation and Reeves Transportation, Inc. under the subject insurance policy for any defense or indemnity as a result of the November 17, 2011 vehicular accident involving Defendant Cedric Tucker." (D.E. 33.) To date, no objection to the report and recommendation has been filed, and the time for such objection has expired.

Upon review of the report, the report and recommendation is hereby ADOPTED in its entirety, and default judgment is GRANTED to Progressive.

IT IS SO ORDERED this 16th day of September 2013.

                                    s/ J. DANIEL BREEN
                                    CHIEF UNITED STATES DISTRICT JUDGE